# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARSHA HUNT

VERSUS

SOUTHEAST LOUISIANA HOME
HEALTH, INC. AND LUBA
CASUALTY INSURANCE COMPANY

NO.   2021 CW 0574

**OCTOBER 1, 2021**

---

In Re:   Southeast Louisiana Home Health, Inc. and LUBA
         Casualty Insurance Company, applying for supervisory
         writs, Office of Workers' Compensation, District 6,
         No. 2004869.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**JEW**
**MRT**

**McClendon, J.,** would deny the writ on the showing made. At
the time the exception of prescription was filed, a timely filed
suit was pending in district court against the allegedly
negligent and solidarily liable tortfeasor.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT